158 A.3d 572

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
PATRICK M. LATKO, DEFENDANT–PETITIONER.

January 20, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001165–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

158 A.3d 572

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. SHAR-
EEF K. MAYFIELD (A/K/A SHAREEF BARBOSA, SHARIF
EDGE, SHARIF K. MATFIELD AND SHARIF MAYFIELD), DE-
FENDANT–PETITIONER.

January 20, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005554–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.